**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brian Stanley Sawecki aka Brian S. Sawecki aka Brian Sawecki | BK NO. 20-03106 RNO |
| Catherine Marie Sawecki aka Catherine M. Sawecki aka Catherine Sawecki | Chapter 13 |
| Debtor(s) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ 
Rebecca Solarz
03 Nov 2020, 16:53:45, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322