United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-03106-RNO
Brian Stanley Sawecki  Chapter 13
Catherine Marie Sawecki
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Nov 23, 2020     Form ID: ntcnfhrg     Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Brian Stanley Sawecki, Catherine Marie Sawecki, 360 W Main St, Ringtown, PA 17967-9535 |
| cr | + | Ally Financial, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5368357 | + | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5367721 | | Berkheimer Tax Admin, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 5367722 | + | Berwick Hospital, 701 E 16th St, Berwick, PA 18603-2397 |
| 5367723 | | Bioreference Laboratories Patient Pay, PO Box 21134, New York, NY 10087-1134 |
| 5367724 | | CACL FCU, 1800 W Market St, Pottsville, PA 17901-2002 |
| 5367725 | | Cacl Fcu, 401 Beechwood Ave, Mar Lin, PA 17951-9800 |
| 5367726 | | Capital Management Services, LP, PO Box 964, Buffalo, NY 14220-0964 |
| 5367729 | | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5367730 | | Commercial Acceptance, 2300 Gettysburg Rd Ste 102, Camp Hill, PA 17011-7303 |
| 5373702 | + | Conway & Watt P.C., 1825 W. Market Street, P.O. Box 1231, Pottsville, PA 17901-7231 |
| 5367731 | | Conway & Watt PC, PO Box 1231, Pottsville, PA 17901-7231 |
| 5367737 | + | First Federal Credit C, 24700 Chagrin Blvd, Cleveland, OH 44122-5662 |
| 5367738 | | Frontier Communications Inc, 5201 Congress Ave Ste 150, Boca Raton, FL 33487-3627 |
| 5367739 | | Geisinger Health System, PO Box 27727, Newark, NJ 07101-7727 |
| 5367740 | | Geisinger Medical Center, PO Box 828518, Philadelphia, PA 19182-8518 |
| 5367742 | | Integrated Medical Group, Attn: Billing, 82 Tunnel Rd, Pottsville, PA 17901-3869 |
| 5367744 | | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 5367716 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5367745 | | Lehigh Anesthesia Associates, 5100 W Tilghman St Ste 315, Allentown, PA 18104-9166 |
| 5367746 | | Lehigh Valley Schuylkill East, c/o Transworld System Inc, 1 Huntington Quad Ste 2S01, Melville, NY 11747-4438 |
| 5367748 | | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5367749 | | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5367750 | | McClure Law Office, PO Box 65, Middletown, PA 17057-0065 |
| 5367751 | + | Medical Data Systems I, 645 Walnut St, Gadsden, AL 35901-4173 |
| 5367752 | | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 5371051 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5367757 | | Northeastern Anesthesia Physicians PC, 24 S 18th St, Allentown, PA 18104-5622 |
| 5367763 | | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5367758 | | Peerless Credit Services Inc, PO Box 518, Middletown, PA 17057-0518 |
| 5367759 | + | Penn State Hershey, 500 University Dr, Hershey, PA 17033-2391 |
| 5367760 | + | Penn State Hershey, Attn: Billing, 500 University Dr, Hershey, PA 17033-2391 |
| 5367762 | | PennyMac, PO Box 30597, Los Angeles, CA 90030-0597 |
| 5367761 | + | PennyMac, Attn: Correspondence Uint, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5367714 | | Sawecki Brian Stanley, 360 W Main St, Ringtown, PA 17967-9535 |
| 5367715 | | Sawecki Catherine Marie, 360 W Main St, Ringtown, PA 17967-9535 |
| 5367764 | | St. Luke's, PO Box 788187, Philadelphia, PA 19178-8187 |
| 5367765 | | St. Luke's Ashland Family Practice, 530 Centre St, Ashland, PA 17921-1330 |
| 5367766 | | St. Lukes University Health Network, PO Box 788187, Philadelphia, PA 19178-8187 |
| 5367767 | + | Surgery Cntr of Pottsville, 1544 Route 61 Hwy S, Pottsville, PA 17901-4214 |
| 5367770 | | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5367771 | | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 5367772 | | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2020 19:30:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5367720 | | Email/Text: g17768@att.com | Nov 23 2020 19:07:00 | ATT, c/o Bankruptcy, 4331 Communications Dr, Dallas, TX 75211-1300 |
| 5367717 | | Email/Text: EBNProcessing@afni.com | Nov 23 2020 19:07:00 | Afni, Inc., PO Box 3097, Bloomington, IL 61702-3097 |
| 5367718 | | Email/Text: ally@ebn.phinsolutions.com | Nov 23 2020 19:07:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 5367719 | | Email/Text: ally@ebn.phinsolutions.com | Nov 23 2020 19:07:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5371343 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 23 2020 19:30:12 | Ally Financial c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5367727 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 23 2020 19:30:11 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5373693 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 23 2020 19:30:29 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5367728 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 23 2020 19:30:29 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5367732 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 23 2020 19:07:00 | Credit Collection Serv, PO Box 710, Norwood, MA 02062-0710 |
| 5367733 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2020 19:30:30 | Credit One Bank N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 5368941 | | Email/Text: mrdiscen@discover.com | Nov 23 2020 19:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5367734 | | Email/Text: mrdiscen@discover.com | Nov 23 2020 19:07:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5367735 | | Email/Text: mrdiscen@discover.com | Nov 23 2020 19:07:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5367736 | | Email/Text: data_processing@fin-rec.com | Nov 23 2020 19:07:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 5367741 | | Email/Text: bankruptcy@avadynehealth.com | Nov 23 2020 19:07:00 | H&R Accounts, Inc., 5320 22nd Ave, Moline, IL 61265-3627 |
| 5367743 | + | Email/Text: support@ljross.com | Nov 23 2020 19:07:00 | L J Ross Associates In, PO Box 1838, Ann Arbor, MI 48106-1838 |
| 5368639 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2020 19:30:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5367747 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2020 19:30:52 | Lvnv Funding LLC, 55 Beattie Pl, Greenville, SC 29601-5115 |
| 5367755 | | Email/Text: Bankruptcies@nragroup.com | Nov 23 2020 19:07:00 | MSHMC Physicians Group, c/o National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 5367753 | | Email/Text: mmrgbk@miramedrg.com | Nov 23 2020 19:07:00 | MiraMed Revenue Group LLC, 360 E 22nd St, Lombard, IL 60148-4924 |
| 5367754 | | Email/Text: mmrgbk@miramedrg.com | Nov 23 2020 19:07:00 | Miramedrg, 360 E 22nd St, Lombard, IL 60148-4924 |
| 5367756 | | Email/Text: Bankruptcies@nragroup.com | Nov 23 2020 19:07:00 | National Recovery Agen, 2491 Paxton St, |

| | | | | |
|---|---|---|---|---|
| 5367768 | | Email/PDF: gecsedi@recoverycorp.com | | Harrisburg, PA 17111-1036 |
| | | | Nov 23 2020 19:30:46 | Syncb/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5367769 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 23 2020 19:30:10 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 5367871 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 23 2020 19:30:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5373109 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 25, 2020          Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Jason Brett Schwartz | on behalf of Creditor Ally Financial JSchwartz@mesterschwartz.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Brian Stanley Sawecki MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Catherine Marie Sawecki MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Brian Stanley Sawecki,<br>aka Brian S. Sawecki, aka Brian Sawecki, | Chapter 13 |
| **Debtor 1** | Case No. 5:20−bk−03106−RNO |
| Catherine Marie Sawecki,<br>aka Catherine M. Sawecki, aka Catherine Sawecki, | |
| **Debtor 2** | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **December 30, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: January 6, 2021<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 23, 2020 |

ntcnfhrg (03/18)