Certificate Number: 17572-PAM-DE-040341752

Bankruptcy Case Number: 20-03106



17572-PAM-DE-040341752

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 22, 2025, at 3:52 o'clock PM PST, Brian S Sawecki completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 22, 2025

By: /s/Benjamin E Wunsch

Name: Benjamin E Wunsch

Title: Counselor