United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-03106-MJC
Brian Stanley Sawecki  Chapter 13
Catherine Marie Sawecki
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 5
Date Rcvd: Nov 24, 2025      Form ID: 3180W      Total Noticed: 79

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Brian Stanley Sawecki, Catherine Marie Sawecki, 360 W Main St, Ringtown, PA 17967-9535 |
| aty | + | Jason Brett Schwartz, Mester & Schwartz, P.C., 1917 Brown Street, Philadelphia, PA 19130-2085 |
| 5367721 | | Berkheimer Tax Admin, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 5381091 | + | Berkheimer, Agent for North Schuylkill SD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5367722 | + | Berwick Hospital, 701 E 16th St, Berwick, PA 18603-2397 |
| 5367724 | | CACL FCU, 1800 W Market St, Pottsville, PA 17901-2002 |
| 5367725 | | Cacl Fcu, 401 Beechwood Ave, Mar Lin, PA 17951-9800 |
| 5373702 | + | Conway & Watt P.C., 1825 W. Market Street, P.O. Box 1231, Pottsville, PA 17901-7231 |
| 5367731 | | Conway & Watt PC, PO Box 1231, Pottsville, PA 17901-7231 |
| 5367738 | | Frontier Communications Inc, 5201 Congress Ave Ste 150, Boca Raton, FL 33487-3627 |
| 5367739 | | Geisinger Health System, PO Box 27727, Newark, NJ 07101-7727 |
| 5367740 | | Geisinger Medical Center, PO Box 828518, Philadelphia, PA 19182-8518 |
| 5367742 | | Integrated Medical Group, Attn: Billing, 82 Tunnel Rd, Pottsville, PA 17901-3869 |
| 5367746 | | Lehigh Valley Schuylkill East, c/o Transworld System Inc, 1 Huntington Quad Ste 2S01, Melville, NY 11747-4438 |
| 5367757 | | Northeastern Anesthesia Physicians PC, 24 S 18th St, Allentown, PA 18104-5622 |
| 5367759 | + | Penn State Hershey, 500 University Dr, Hershey, PA 17033-2391 |
| 5367760 | + | Penn State Hershey, Attn: Billing, 500 University Dr, Hershey, PA 17033-2391 |
| 5367714 | | Sawecki Brian Stanley, 360 W Main St, Ringtown, PA 17967-9535 |
| 5367715 | | Sawecki Catherine Marie, 360 W Main St, Ringtown, PA 17967-9535 |
| 5367764 | | St. Luke's, PO Box 788187, Philadelphia, PA 19178-8187 |
| 5367765 | | St. Luke's Ashland Family Practice, 530 Centre St, Ashland, PA 17921-1330 |
| 5367766 | | St. Lukes University Health Network, PO Box 788187, Philadelphia, PA 19178-8187 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | | |
| | | | Nov 24 2025 23:44:00 | Ally Financial, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | | |
| | | | Nov 24 2025 23:44:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | | |
| | | | Nov 24 2025 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5380304 | + | EDI: ATTWIREBK.COM | | |
| | | | Nov 24 2025 23:44:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5367720 | | EDI: ATTWIREBK.COM | | |

| Notice ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 24 2025 23:44:00 | ATT, c/o Bankruptcy, 4331 Communications Dr, Dallas, TX 75211-1300 |
| 5367717 | | Email/Text: EBNProcessing@afni.com | Nov 24 2025 18:43:00 | Afni, Inc., PO Box 3097, Bloomington, IL 61702-3097 |
| 5367718 | | EDI: GMACFS.COM | Nov 24 2025 23:43:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 5368357 | + | EDI: AISACG.COM | Nov 24 2025 23:44:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5367719 | | EDI: GMACFS.COM | Nov 24 2025 23:43:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5371343 | + | EDI: AISACG.COM | Nov 24 2025 23:44:00 | Ally Financial c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5381198 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2025 18:52:48 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5367723 | | ^ MEBN | Nov 24 2025 18:41:21 | Bioreference Laboratories Patient Pay, PO Box 21134, New York, NY 10087-1134 |
| 5367726 | | ^ MEBN | Nov 24 2025 18:41:20 | Capital Management Services, LP, PO Box 964, Buffalo, NY 14220-0964 |
| 5367727 | | EDI: CAPITALONE.COM | Nov 24 2025 23:44:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5373693 | | EDI: CAPITALONE.COM | Nov 24 2025 23:44:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5367728 | | EDI: CAPITALONE.COM | Nov 24 2025 23:44:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5367729 | | EDI: CITICORP | Nov 24 2025 23:44:00 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5367730 | | Email/Text: dylan.succa@commercialacceptance.net | Nov 24 2025 18:42:00 | Commercial Acceptance, 2300 Gettysburg Rd Ste 102, Camp Hill, PA 17011-7303 |
| 5367732 | | EDI: CCS.COM | Nov 24 2025 23:44:00 | Credit Collection Serv, PO Box 710, Norwood, MA 02062-0710 |
| 5367733 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 24 2025 18:53:11 | Credit One Bank N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 5368941 | | EDI: DISCOVER | Nov 24 2025 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5367734 | | EDI: DISCOVER | Nov 24 2025 23:43:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5367735 | | EDI: DISCOVER | Nov 24 2025 23:43:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5367737 | | Email/Text: rj@ffcc.com | Nov 24 2025 18:42:00 | First Federal Credit C, 24700 Chagrin Blvd, Cleveland, OH 44122-5647 |
| 5367736 | | Email/Text: data_processing@fin-rec.com | Nov 24 2025 18:43:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 5367741 | | Email/Text: ah_bankruptcy@meduitrcm.com | Nov 24 2025 18:42:00 | H&R Accounts, Inc., 5320 22nd Ave, Moline, IL 61265-3627 |
| 5367743 | + | Email/Text: support@ljross.com | Nov 24 2025 18:43:00 | L J Ross Associates In, PO Box 1838, Ann Arbor, MI 48106-1838 |
| 5367744 | | Email/Text: govtaudits@labcorp.com | Nov 24 2025 18:42:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| 5515298 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2025 18:53:30 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5515299 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2025 18:53:34 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5368639 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2025 18:53:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5367716 | | Email/Text: mylawyer@jpplaw.com | Nov 24 2025 18:42:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5367747 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2025 18:53:08 | Lvnv Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5367755 | | Email/Text: Bankruptcies@nragroup.com | Nov 24 2025 18:43:00 | MSHMC Physicians Group, c/o National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 5367748 | | Email/Text: bankruptcy@marinerfinance.com | Nov 24 2025 18:42:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5367749 | | Email/Text: bankruptcy@marinerfinance.com | Nov 24 2025 18:42:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5367751 | + | Email/Text: MDSBankruptcies@meddatsys.com | Nov 24 2025 18:42:00 | Medical Data Systems I, 645 Walnut St, Gadsden, AL 35901-4173 |
| 5367752 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 24 2025 18:43:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 5371051 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 24 2025 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5367753 | | Email/Text: mmrgbk@miramedrg.com | Nov 24 2025 18:43:00 | MiraMed Revenue Group LLC, 360 E 22nd St, Lombard, IL 60148-4924 |
| 5367754 | | Email/Text: mmrgbk@miramedrg.com | Nov 24 2025 18:43:00 | Miramedrg, 360 E 22nd St, Lombard, IL 60148-4924 |
| 5367756 | | Email/Text: Bankruptcies@nragroup.com | Nov 24 2025 18:43:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5488167 | | EDI: PRA.COM | Nov 24 2025 23:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5488168 | | EDI: PRA.COM | Nov 24 2025 23:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5382514 | | EDI: PRA.COM | Nov 24 2025 23:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5367763 | ^ | MEBN | Nov 24 2025 18:41:18 | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5367762 | | Email/PDF: ebnotices@pnmac.com | Nov 24 2025 18:52:50 | PennyMac, PO Box 30597, Los Angeles, CA 90030-0597 |
| 5367761 | + | Email/PDF: ebnotices@pnmac.com | Nov 24 2025 18:53:13 | PennyMac, Attn: Correspondence Uint, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5382230 | + | Email/PDF: ebnotices@pnmac.com | Nov 24 2025 18:53:35 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark CA 93020-2410 |
| 5367768 | | EDI: SYNC | Nov 24 2025 23:43:00 | Syncb/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5367769 | | EDI: SYNC | Nov 24 2025 23:43:00 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 5367871 | + | EDI: PRA.COM | Nov 24 2025 23:44:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5380239 | + | Email/Text: bncmail@w-legal.com | Nov 24 2025 18:43:00 | 23541-1021<br>TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5367770 | | EDI: WTRRNBANK.COM | Nov 24 2025 23:44:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5367771 | | EDI: WTRRNBANK.COM | Nov 24 2025 23:44:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 5367772 | | EDI: CITICORP | Nov 24 2025 23:44:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5380669 | | EDI: AIS.COM | Nov 24 2025 23:44:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5373109 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5509306 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5509307 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5381857 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5367745 | ## | Lehigh Anesthesia Associates, 5100 W Tilghman St Ste 315, Allentown, PA 18104-9166 |
| 5367750 | ## | McClure Law Office, PO Box 65, Middletown, PA 17057-0065 |
| 5367758 | ## | Peerless Credit Services Inc, PO Box 518, Middletown, PA 17057-0518 |
| 5367767 | ##+ | Surgery Cntr of Pottsville, 1544 Route 61 Hwy S, Pottsville, PA 17901-4214 |

TOTAL: 0 Undeliverable, 6 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |

| | |
|---|---|
| Jason Paul Provinzano | on behalf of Debtor 1 Brian Stanley Sawecki MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Catherine Marie Sawecki MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Brian Stanley Sawecki | Social Security number or ITIN xxx–xx–7929 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Catherine Marie Sawecki | Social Security number or ITIN xxx–xx–2755 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–03106–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian Stanley Sawecki
aka Brian S. Sawecki, aka Brian Sawecki

Catherine Marie Sawecki
aka Catherine M. Sawecki, aka Catherine Sawecki

11/24/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**