Fill in this information to identify the Fill in this information to identify the case:

Debtor 1    Brian Stanley Sawecki  aka Brian S. Sawecki aka Brian Sawecki

Debtor 2    Catherine Marie Sawecki  aka Catherine M. Sawecki aka Catherine Sawecki

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number    20-03106 HWV

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC        **Court claim no.** (if known): 18

**Last 4 digits** of any number you use to identify the debtor's account: 7765

**Date of payment change:**
Must be at least 21 days after date of this notice        11/01/2022

**New total payment:**        $1205.72
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $433.16        **New escrow payment:** $477.58

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%        **New interest rate:** _____%

   **Current principal and interest payment:** $_____        **New principal and interest payment:** $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change:_____

   **Current mortgage payment:** $_____        **New mortgage payment:** $_____

Official Form 410S1        **Notice of Mortgage Payment Change**        page 1

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ *Denise Carlon*    Date  09/21/2022
   Signature
Print: Denise Carlon
       21 Sep 2022, 15:18:28, EDT

Title  Attorney for Creditor

Company  KML Law Group, P.C.

Address  701        Market Street, Suite 5000
         Number     Street
         Philadelphia,                PA    19106
         City                         State ZIP Code

Contact phone  (215) 627–1322    Email  bkgroup@kmllawgroup.com

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 2

Case 5:20-bk-03106-MJC    Doc    Filed 09/26/22    Entered 09/26/22 15:22:58    Desc
Document ID: 658fb2c298c2c983df81a1f6e5be3bc21c4873eb0ae3d378de7e8e0ee8db7224
                    Main Document    Page 2 of 2