# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Catherine Marie Sawecki aka Catherine M. Sawecki aka Catherine Sawecki<br>Brian Stanley Sawecki aka Brian S. Sawecki aka Brian Sawecki<br>                             Debtor(s)<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>                             Movant<br>      vs.<br><br>**Catherine Marie Sawecki aka Catherine M. Sawecki aka Catherine Sawecki**<br>**Brian Stanley Sawecki aka Brian S. Sawecki aka Brian Sawecki**<br>                             Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>                             Trustee | BK NO. 20-03106 HWV<br><br>Chapter 13<br><br>Related to Claim No. 18 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>September 26, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Catherine Marie Sawecki aka Catherine M. Sawecki aka Catherine Sawecki
360 West Main Street
Ringtown, PA 17967-9535

Brian Stanley Sawecki aka Brian S. Sawecki aka Brian Sawecki
360 West Main Street
Ringtown, PA 17967-9535

<u>Attorney for Debtor(s)</u>
Jason Paul Provinzano, Law Offices of Jason P. Provinzano, LLC
16 West Northampton Street
Wilkes Barre, PA 18701

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>September 26, 2022</u>

                                                          **/s/Denise Carlon Esquire**
                                                          Denise Carlon Esquire
                                                          KML Law Group, P.C.
                                                          BNY Mellon Independence Center
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA 19106
                                                          201-549-2363
                                                          dcarlon@kmllawgroup.com